# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **MILDRED SUFFRIDGE,** | ) | |
| | ) | |
| Plaintiff, | ) | **Case No.: 2:21-cv-00036** |
| | ) | |
| v. | ) | **District Judge Crenshaw** |
| | ) | **Magistrate Judge Newbern** |
| **DEKALB COUNTY ROAD** | ) | |
| **DEPARTMENT and DANNY HALE,** | ) | **JURY DEMAND** |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Mildred Suffridge and Defendants DeKalb County and Danny Hale, by and through counsel, jointly give notice and agree to stipulate to the dismissal of this action **with prejudice**. This stipulation concludes the above-captioned case in its entirety, and, as a result, this case is ready to be closed. It is also stipulated that the parties shall bear their own costs, attorneys' fees, and discretionary costs incurred in this litigation.

Respectfully submitted,

/s/ *A. Ryan Simmons*
Austin Ryan Simmons, TN No. 31456
Farrar & Bates, LLP
12 Cadillac Drive, Suite 480
Brentwood, TN 37027
(615) 254-3060
ryan.simmons@farrar-bates.com
*Attorney for Defendants DeKalb County and Danny Hale*

/s/ Kerry Knox
Kerry Knox, TN No. 23302
117 South Academy Street
Murfreesboro, TN 37130
(615) 896-1000
kek@castelliknox.com

/s/ Stephen W. Grace
Stephen W. Grace, TN No. 14867
1019 16th Avenue South
Nashville, TN 37212
(615) 255-5225
sgrace@sgracelaw.com
*Attorneys for Plaintiff Mildred Suffridge*

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 1st day of July, 2022, a true and correct copy of the foregoing has been forwarded via the U.S. District Court Electronic Filing System to:

Kerry E. Knox
117 South Academy Street
Murfreesboro, TN 37130
kek@castelliknox.com

Stephen W. Grace
1019 16th Avenue South
Nashville, TN 37212
sgrace@sgracelaw.com

                                        */s/ A. Ryan Simmons*
                                        A. Ryan Simmons