UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| MILDRED SUFFRIDGE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 2:21-cv-00036 |
| DEKALB COUNTY ROAD DEPARTMENT and DANNY HALE, | ) | |
| Defendants. | ) | |

## ORDER

The parties have filed a Joint Stipulation of Voluntary Dismissal With Prejudice. (Doc. No. 18) Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE